IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ALONJE WALTON SR. #20030070726, )
)
              Plaintiff, )
)
v. )   No. 06 C 421
)
DET. EDWARD FARLEY, et al., )
)
             Defendants. )

## MEMORANDUM OPINION AND ORDER

Among other things, this Court's February 1, 2006 memorandum opinion and order ("Opinion") advised pro se plaintiff Alonje Walton Sr. ("Walton") that he either had to tender an In Forma Pauperis Application ("Application") together with the printout covering transactions in his trust fund account at the Cook County Jail (the "Jail," where Walton is now housed) or, alternatively, pay the $250 filing fee. In response Walton has submitted a filled-out Application and accompanying trust fund account statement, signaling his intention to proceed with this action.

Based on the trust fund printout, the average monthly deposits to Walton's account during the six-month period ended January 13, 2006 (see 28 U.S.C. §1915(b)(1)) amounted to $166.67, so that the required initial partial filing fee is $33.33. Accordingly Walton is now assessed that partial filing fee of $33.33 (and he will be liable for the remaining $216.67 in future installments), and the trust fund officer

at the Jail is ordered to collect that partial filing fee from Walton's trust fund account there and to pay it directly to the Clerk of Court ("Clerk") as soon as the funds in Walton's account are adequate for that purpose, sending the payment to:

> Office of the Clerk
> United States District Court
> 219 South Dearborn Street
> Chicago IL 60604
>
> Attention: Fiscal Department

After such payment, the trust fund officer at the Jail (or at any other correctional facility where Walton may hereafter be confined) is authorized to collect monthly payments from his trust fund account in an amount equal to 20% of the preceding month's income credited to the account. Monthly payments collected from the trust fund account shall be forwarded to the Clerk each time the amount in the account exceeds $10 until the full $250 filing fee is paid. Both the initial payment and all future payments shall clearly identify Walton's name and the 06 C 421 case number assigned to this action. To implement these requirements, the Clerk shall send a copy of this order to the Jail's trust fund officer.

But Walton has not complied with the last aspect of the Opinion, which ordered him also to deliver to the Clerk seven more counterparts of his Complaint for service on the named defendants. If that is not done in time for receipt of those counterparts by February 22 (the date stated in the Opinion,

which still allows him ample time), this Court will be compelled to dismiss this action for noncompliance with the operative rules. If a timely delivery is made, however, the initial status hearing in this action will be 8:45 a.m. March 31, 2006 (for which purpose the Cook County State's Attorney, who will no doubt be representing one or more of the named defendants, should make arrangements for Walton to be available to participate telephonically.

                                        _____
                                        Milton I. Shadur
                                        Senior United States District Judge

Date: February 7, 2006